IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CODAN FORSIKRING A/S                                                PLAINTIFF

vs.                        CASE NO. 4:09cv00246 JMM

ATS LOGISTICS SERVICES, INC.                                     DEFENDANT

## ORDER

The Complaint in the above case was filed April 2, 2009. On May 4, 2009, a Notice of Related Case was filed by the plaintiff (DE #8). After careful review of the pleadings, the Court has determined the above styled case is related to 4:08cv00368 SWW, Bay Machinery Services, Inc.vs. Codan Forsikring A/S, filed on April 29, 2008 and assigned to Judge Susan Webber Wright. Pursuant to General Order 39, the above styled case will, therefore, be re-assigned to Judge Wright for resolution.

IT IS SO ORDERED this 21st day of May, 2009.

UNITED STATES DISTRICT JUDGE