IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv00368 SWW |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| CODAN FORSIKRING A/S, | * | |
| | * | |
| Counter-Claimant, | * | |
| vs. | * | |
| | * | |
| BAY MACHINERY SERVICES, INC., | * | |
| | * | |
| Counter-Defendant. | * | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| CODAN FORSIKRING, A/S, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00246 SWW |
| | * | |
| ATS LOGISTICS SERVICES, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

Pursuant to the stipulation of dismissal signed by all parties that was entered on May 16, 2011 [doc.#124], this consolidated action is hereby dismissed.[1]

---

[1] This consolidated action was closed by the Clerk's Office, with the Court's approval, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), which provides that an action may be dismissed without a court order with the filing of a stipulation of dismissal signed by all parties who have appeared, which is what occurred in this case. The Court has been informed, however, that at

IT IS SO ORDERED this 14th day of June 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

least one party wants a Court Order reflecting the dismissal of this consolidated action.